IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FAIRCONDO, INC.,

       Plaintiff,

vs.

LANDMARK AMERICAN INSURANCE
COMPANY,

       Defendant,
_____/

## PETITION FOR REMOVAL

COMES NOW the Defendant, LANDMARK AMERICAN INSURANCE COMPANY ("Landmark"), by and through its undersigned counsel and hereby gives Notice of the Removal of this cause to the United States District Court for the Southern District of Florida, Palm Beach Division, and states as grounds for such removal, the following:

1. This action was commenced in the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida. Service of the Complaint was made on October, 29, 2010.

2. Counsel for the Plaintiff has graciously agreed to allow Lanmark until December 10, 2010 to file its responsive pleading herein.

3. This is an action for breach of contract brought by the Plaintiff seeking to establish its right to recover the proceeds of an insurance policy issued to Faircondo, Inc.

4. Plaintiff, Faircondo, Inc. is a Florida corporation with its principal place of business in Boca Raton, Palm Beach County, Florida. See Complaint filed herewith.

5. The amount in controversy is in excess of $15,000 exclusive of interest, costs and attorney's fees. See Affidavit of Lauren D. Levy, Esq., filed herewith.

6. Defendant, Landmark is an Oklahoma corporation with its principal place of business in Atlanta, Georgia. See Affidavit of Lauren D. Levy Esq.

7. The Landmark policy contains a limit of coverage of $2,052,300 for damage to the insured building. Plaintiff made a supplemental claim for damages allegedly resulting from Hurricane Wilma in the amount of $1,509,971.93. See Affidavit of Lauren D. Levy, which includes a copy of the Moye Construction, Inc. estimate submitted by the Plaintiff.

8. Complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

9. The amount in controversy herein is in excess of $75,000 exclusive of interest, costs and attorney's fees. See Affidavit of Lauren D. Levy.

10. Defendant first became aware of facts conferring jurisdiction on this Court on October 29, 2010 (the date it was served with the Complaint). Accordingly, this Notice of Removal is being filed within 30 days of the "receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based ...." 28 U.S.C. § 1446(b).

11. The Defendant has noticed the adverse party of this Removal by notifying the Plaintiff's attorney of record, Michael Childress, Esq., 500 North Dearborn St., Suite 1200, Chicago, Illinois 60654.

12. Landmark has filed a written notice with the Clerk of the Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, in compliance with 28 U.S.C § 1446 (d), a copy of said Notice being attached hereto and made a part hereof (Exhibit "A").

13. Copies of all pleadings that are filed in this matter to date have been likewise filed herein.

WHEREFORE, the Defendant, Landmark, respectfully requests that this civil action be removed to Federal Court as provided by law.

Respectfully Submitted,

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP


/s/ Lauren D. Levy
LAUREN D. LEVY, ESQUIRE
Florida Bar No.: 0116490
JULIUS F. PARKER III, ESQUIRE
Florida Bar No.: 0160857
80 S. W. 8th Street, Suite 3300
Miami, Florida 33130
Telephone: (305) 416-9998
Facsimile:  (305) 416-6848
Attorneys for Defendant


**CERTIFICATE OF SERVICE**

I certify that a copy hereof has been furnished to by U.S. Mail to Michael Childress, Esq., 500 North Dearborn St., Suite 1200, Chicago, Illinois 60654 on **November 29, 2010.**


/s/ Lauren D. Levy
LAUREN D. LEVY, ESQ.